UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL M. MOTTOLA,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>CRAVATH, SWAINE & MOORE LLP; ROSALIA A. FAZZONE; FAZZONE LAW; ESTATE OF LOUIS MARK DENEGRE; SUSAN FABIANI; LINDA FABIANI; JACQUELINE FABIANI; GARY STANCO; PAGET STANCO; JAMES E. TOLAN; and DIANE DENEGRE;,<br><br>　　　　　　　　　　Defendants. | 24cv2744 (LTS)<br><br>CIVIL JUDGMENT |

　　　For the reasons stated in the August 6, 2024, order, this action is dismissed.

　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

　Dated:　August 6, 2024
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge